# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

DAVID and JENNIFER FOWLER,

Debtors.

No. 16-45059

ORDER ON OBJECTION TO AMENDED EXEMPTIONS

THIS MATTER came on before Honorable Mary Jo Heston of the above entitled Court upon the Trustee's Objection to Amended Exemptions. The Court having reviewed the records and files herein, including the response of the debtors and the Trustee's reply, and based on the Findings of Fact and Conclusions of Law stated on the record, which are incorporated by reference herein pursuant to BR 7052, now therefore

//

//

//

**ORDER ON OBJECTION TO AMENDED EXEMPTIONS - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

IT IS HEREBY ORDERED that Trustee's objection to the debtors' amended claim of exemption in the "Lawsuit against Noteholder, Contractor/Subcontractor" pursuant to 11 U.S.C. § 522 (d)(5) shall be and is hereby denied.

///End of Order///

Presented by:

 /s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee
C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Fowler\exempt_obj_ord2.wpd

**ORDER ON OBJECTION TO AMENDED EXEMPTIONS - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002